NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE LG ELECTRONICS, INC.

---

2011-1248
(Reexamination No. 90/008,522)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

LG Electronics, Inc. moves without opposition for a 31-day extension of time, until November 28, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__OCT 1 7 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Eric A. Shumsky, Esq.
  Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 7 2011

JAN HORBALY
CLERK